E-FILED
Friday, 01 May, 2020  03:08:01 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | | |
|---|---|---|
| SISAWAT SINGMUONGTHONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-4196-SLD-JEH |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, EDWIN R. BOWEN, | ) | |
| and JOHN BALDWIN, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION TO AMEND DISCOVERY PLAN AND TRIAL SCHEDULE

NOW COME the Plaintiff, SISAWAT SINGMUONGTHONG, by and through his attorney, Jaclyn N. Diaz of Ed Fox & Associates, Ltd., and Defendants, EDWIN R. BOWEN and JOHN BALDWIN, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and jointly move this honorable Court to amend the Discovery Plan and trial schedule in this action. In support, the parties state the following:

1. On June 14, 2019, the parties submitted a proposed Discovery Plan [Doc. 25], which the Court adopted on June 17, 2019, by text order. [Doc. 26.]

2. On November 1, 2019, the parties jointly moved to amend the Discovery Plan [Doc. 32], which the Court granted on November 4, 2019, by text order.

3. Under the existing schedule, the parties were to complete all discovery by May 1, 2020, and to file dispositive motions by June 19, 2020. A jury trial is set in this action for October 26, 2020, with the final pretrial on September 16, 2020.

4. Since the Court granted the prior motion to amend the discovery plan, initial disclosures were served, and the parties conducted written discovery.

1

5. However, before the parties took any depositions in this action, the COVID-19 pandemic intervened, and the practices of both Plaintiff and Defendants' counsel were substantially disrupted.

6. On March 23, 2020, the Office of the Attorney General locked attorneys and staff out of its Montvale office building in Springfield after a young Assistant Attorney General screened positive for COVID-19. (She has since visited the emergency room twice and is struggling to recover.) Attorneys and staff originally were told the Montvale office would be closed for one week to decontaminate it, but the facility remains locked down to this day. Because of the short notice of the closure, attorneys did not retrieve all electronic and hard copy files from their Montvale offices to allow them to work on their cases from home. Further, since the lockout, attorneys have had little assistance from support staff and have been working from home on their own computer equipment and with varying degrees of remote access to their computer network.

7. Plaintiff's counsel likewise has faced significant obstacles due to the COVID-19 crisis. Counsel's law firm did not have a remote-access system in place prior to the Governor's shelter-in-place orders, which impeded her ability to keep up with her current caseload. Additionally, counsel's legal assistant was furloughed at the start of the shelter-in-place orders, and thus Plaintiff's counsel has not had the assistance of any support staff, which has made working remotely a challenge.

8. In light of these and other disruptions arising in connection with the COVID-19 pandemic, the parties jointly move to amend the existing schedule by extending the remaining deadlines by approximately 120 days. Specifically, the parties seek to move the deadline for the close of all discovery from May 1, 2020, to September 1, 2020, which will allow them to take the depositions necessary to adequately prepare their cases for trial. Further, the parties seek to move

the dispositive motion deadline from June 19, 2020, to October 16, 2020, to provide sufficient time to obtain deposition transcripts and draft summary judgment or other such motions. Finally, the parties also seek to continue the final pretrial conference and jury trial by approximately 120 days, both to provide sufficient time for the Court to consider any dispositive motions and responses as well as to allow the parties and their counsel to adequately prepare for trial.

WHEREFORE, Plaintiff, SISAWAT SINGMUONGTHONG, and Defendants, EDWIN R. BOWEN and JOHN BALDWIN, jointly move this honorable Court to amend the existing Discovery Plan to extend the deadlines for the close of all discovery and for dispositive motions by approximately 120 days and to continue by approximately 120 days the final pretrial conference and jury trial.

Respectfully submitted,

SISAWAT SINGMUONGTHONG,                  EDWIN R. BOWEN and JOHN BALDWIN,

    Plaintiff,                                            Defendants,

JACLYN N. DIAZ,                                  KWAME RAOUL, Attorney General,
                                                 State of Illinois,

    Attorney for Plaintiff,                               Attorney for Defendants,

By:   s/Jaclyn N. Diaz (w/ consent)            By:   s/Scott B. Sievers
      Ed Fox & Associates, Ltd.                   Scott B. Sievers #6275924
      300 West Adams Street, Suite 330            Assistant Attorney General
      Chicago, IL 60606                          500 South Second Street
      (312) 345-8877 Phone                       Springfield, IL 62701
      (312) 853-3489 Fax                         (217) 782-9096 Phone
      Email: jdiaz@efoxlaw.com                   (217) 782-8767 Fax
                                                 Email: ssievers@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | | |
|---|---|---|
| SISAWAT SINGMUONGTHONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-4196-SLD-JEH |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, EDWIN R. BOWEN, | ) | |
| and JOHN BALDWIN, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2020, the foregoing document, *Joint Motion to Amend Discovery Plan and Trial Schedule,* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Edward M. Fox                             Jaclyn N. Diaz
Ed Fox & Associates, Ltd.         Ed Fox & Associates, Ltd.
300 West Adams Street,           300 West Adams Street,
Suite 330                                    Suite 330
Chicago, IL 60606                      Chicago, IL 60606
efox@efox-law.com                   jdiaz@efoxlaw.com

and I hereby certify that on May 1, 2020, I mailed by United States Postal Service the document(s) to the following non-registered participants:

NONE.

Respectfully submitted,

By:     s/Scott B. Sievers
        Scott B. Sievers #6275924
        Assistant Attorney General
        500 South Second Street
        Springfield, IL 62701
        (217) 782-9096 Phone
        (217) 782-8767 Fax
        Email: ssievers@atg.state.il.us

4