## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| SISAWAT SINGMUONGTHONG, ) | |
| ) | |
| Plaintiff, ) | Case No.: 18-4196-SLD-JEH |
| ) | |
| v. ) | |
| ) | |
| EDWIN R. BOWEN, in his individual ) | |
| capacity, and JOHN BALDWIN, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JOINT MOTION TO AMEND DISCOVERY PLAN

NOW COME the Plaintiff, Sisawat Singmuongthong, by and through his attorney, Jaclyn N. Diaz of Ed Fox & Associates, Ltd., and Defendants, EDWIN R. BOWEN and JOHN BALDWIN, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and jointly move this honorable Court to amend the Discovery Plan and trial schedule in this action. In support, the parties state the following:

1. On June 14, 2019, the parties submitted a proposed Discovery Plan [Doc. 25], which the Court adopted on June 17, 2019, by text order. [Doc. 26]

2. On November 1, 2019, the parties jointly moved to amend the Discovery Plan [Doc. 32], which the Court granted on November 4, 2019, by text order.

3. On May 1, 2020, the parties jointly moved to amend the Discovery Plan [Doc. 33], which the Court granted on May 4, 2020. [Doc. 34]

4. Under the current discovery plan, the parties were to complete all discovery by September 1, 2020 and to file dispositive motions by October 16, 2020. A jury trial is set in this matter for March 1, 2021 with the Final Pretrial Order due January 8, 2021. [Doc. 34]

5. Since the Court's last order amending the discovery plan, the parties have successfully taken Plaintiff's deposition by remote means. The parties are seeking to take at least four additional witness depositions.

6. The parties have jointly been working together to keep discovery moving in this case despite hinderances caused by the COVID-19 pandemic. For example, Plaintiff currently resides in Arkansas, a state recognized by the Illinois Department of Health as being "higher risk" for travel due to COVID-19, and despite the obvious benefits of taking the deposition of a named party in person, the parties were able to mutually agree to proceeding remotely.

7. Despite the parties' efforts, the parties need additional time to complete the remaining discovery and are seeking to amend the close of discovery to October 30, 2020 and to make dispositive motions due November 30, 2020.

8. The parties requested discovery extension will not unduly affect the jury trial currently scheduled for March 1, 2021.

9. This motion is not brought for the purposes of undue delay and the parties will not be prejudiced should this motion be granted.

WHEREFORE, Plaintiff, SISAWAT SINGMUONGTHONG, and Defendants, EDWIN R. BOWEN and JOHN BALDWIN, jointly move this honorable Court to amend the existing Discovery Plan to extend the deadlines for the close of all discovery to October 30, 2020 and for dispositive motions to November 30, 2020, and for any further relief the Court deems appropriate and just.

Respectfully submitted,

| | |
|---|---|
| SISAWAT SINGMUONGTHONG, Plaintiff, JACLYN N. DIAZ, | EDWIN R. BOWEN and JOHN BALDWIN, Defendants, KWAME RAOUL, Attorney General, State of Illinois, |
| Attorney for Plaintiff, | Attorney for Defendants, |
| By: s/Jaclyn N. Diaz | By: s/Scott B. Sievers (by consent) |
| Ed Fox & Associates, Ltd. 300 West Adams Street, Suite 330 Chicago, IL 60606 (312) 345-8877 Phone (312) 853-3489 Fax Email: jdiaz@efoxlaw.com | Assistant Attorney General 500 South Second Street Springfield, IL 62701 (217) 782-1841 Phone (217) 782-8767 Fax Email: ssievers@atg.state.il.us |

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| SISAWAT SINGMUONGTHONG, ) | |
| ) | |
| Plaintiff, ) | Case No.: 18-4196-SLD-JEH |
| ) | |
| v. ) | |
| ) | |
| EDWIN R. BOWEN, in his individual ) | |
| capacity, and JOHN BALDWIN, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify on August 28, 2020, the foregoing document, **Joint Motion to Amend Discovery Plan**, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Scott B. Sievers
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
(217) 782-1841 Phone
(217) 782-8767 Fax
Email: ssievers@atg.state.il.us

Respectfully submitted,

*/s/ Jaclyn N. Diaz*
Jaclyn N. Diaz
jdiaz@efoxlaw.com
Ed Fox & Associates, Ltd.
300 W. Adams Street, Suite 330
Chicago, Illinois 60606

*Counsel for Plaintiff*